UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARNELL DEON BALONEY                                      CIVIL ACTION

VERSUS                                                    NO. 11-2730

ENSCO, INC. ET AL                                         SECTION H(2)

JUDGMENT

For reasons issued May 1, 2013 (Doc. 105) and July 9, 2013 (Doc. 116),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court enters summary judgment in favor of Ensco Offshore Company (Ensco) and Stone Energy Offshore, LLC (Stone). The Court previously ruled that Bayou Inspection Services, Inc.'s (Bayou) Motion for Summary Judgment against Ensco (Doc. 54) is DENIED, Ensco's Cross-Motion for Summary Judgment against Bayou (Doc. 70) is GRANTED, Bayou's Motion for Summary Judgment against Stone (Doc. 56) is DENIED, and Stone's Cross-Motion for Summary Judgment (Doc. 65) is GRANTED.  All claims made by Plaintiff were also dismissed with full prejudice on June 20, 2013 (Doc. 115).  Accordingly, all claims in this matter are hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that pursuant to the Joint Stipulation (Doc. 119), Bayou is hereby obligated to pay to Stone reasonable fees and costs of $58,456.83 and pay to Ensco reasonable fees and costs of $124,708.95. Bayou expressly reserves its right to appeal the Court's Orders (Docs. 105 & 116).

New Orleans, Louisiana, this 15th day of July, 2013.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE